**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

**ESTATE OF ISAIAH TRAMMELL
by Administrator William M. Harrelson II,**

       **Plaintiff,**

   **v.**                            **Civil Action 2:25-cv-229
Judge Algenon L. Marbley
Magistrate Judge Jolson**

**MONTGOMERY COUNTY, et al.,**

       **Defendants.**

## <u>ORDER</u>

This matter appears to have been erroneously filed in this Court.  The events in this case took place in Montgomery County.  (Doc. 1).  Montgomery County is in the Western Division of the Southern District of Ohio.  The complaint is also captioned, "In the United States District Court for the Southern District of Ohio, Western Division".  (*see* Doc. 1). For the convenience of the parties and witnesses, and in the interest of justice, this matter should be transferred to the Western Division of the United States District Court for the Southern District of Ohio, at Dayton.  *See* 28 U.S.C. § 1404(a).  The Clerk of Courts is hereby **DIRECTED TO TRANSFER** this case to the Western Division of the United States District Court for the Southern District of Ohio, at Dayton, for all further proceedings.

      **IT IS SO ORDERED**.

Date:  March 18, 2025                    <u>/s/ Kimberly A. Jolson</u>
                                         KIMBERLY A. JOLSON
                                         UNITED STATES MAGISTRATE JUDGE